# EXHIBIT B

Alycia A. Degen, SBN 211350
adegen@sidley.com
Bradley J. Dugan, SBN 271870
bdugan@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  +1 213 896-6000
Facsimile:  +1 213 896-6600

Attorneys for Defendants and Specially Appearing Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER ESSURE INC., AND BAYER
HEALTHCARE PHARMACEUTICALS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA ADAMS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC., (F/K/A CONCEPTUS, INC.) a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-04985<br><br>**DECLARATION OF KEITH R. ABRAMS** |

**DECLARATION OF KEITH R. ABRAMS**

I, KEITH R. ABRAMS, declare as follows:

1. I am the Vice President, Head of Corporate Law, and Assistant Secretary for Defendant Bayer Corporation. In addition, I hold the position of Assistant Secretary for Defendant Bayer HealthCare LLC, Defendant Bayer HealthCare Pharmaceuticals Inc., Defendant Bayer Essure Inc., and Bayer West Coast Corporation. I am also an attorney licensed to practice in the Commonwealth of Pennsylvania. I submit this declaration in support of Defendants' notice of removal in the above-referenced action.

2. As part of my job responsibilities, I am familiar with the organization and structure of Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer Essure Inc., and Bayer West Coast Corporation. I have personal knowledge of the facts stated herein, and if called to testify as witness thereto, I could competently do so.

3. Bayer Corporation is incorporated under the laws of Indiana. At all relevant times through December 31, 2016, Bayer Corporation maintained its principal place of business at 100 Bayer Road, Pittsburgh, Pennsylvania. Beginning on January 1, 2017, and at all times since then, Bayer Corporation's principal place of business is 100 Bayer Boulevard, Whippany, New Jersey.

4. Bayer HealthCare Pharmaceuticals Inc. is incorporated under the laws of Delaware and has its principal place of business at 100 Bayer Boulevard, Whippany, New Jersey.

5. Bayer HealthCare LLC is a Delaware limited liability company with its headquarters at 100 Bayer Boulevard, Whippany, New Jersey. Since July 1, 2015, Bayer HealthCare LLC has had nine members, including Bayer Medical Care Inc., Bayer Essure Inc., Bayer West Coast Corporation, Dr. Scholl's LLC, Coppertone LLC, MiraLAX LLC, NippoNex Inc., Bayer HealthCare US Funding LLC, and Bayer Consumer Care Holdings LLC.

6. As to the seven members of Bayer HealthCare LLC other than Bayer Essure Inc., and Bayer West Coast Corporation:

- Bayer Medical Care Inc. is a Delaware corporation with its principal place of business in Pennsylvania;

- NippoNex Inc. is a Delaware corporation with its principal place of business in New Jersey;
- Bayer Consumer Care Holdings LLC is a Delaware limited liability company, the sole common member of which is Bayer East Coast LLC, and the sole preferred member of which is Bayer HealthCare US Funding LLC; Bayer East Coast LLC is a Delaware limited liability company wholly owned by Bayer US Holding LP, a Delaware limited partnership between Bayer World Investments B.V. and Bayer Solution B.V., each of which is a private company with limited liability incorporated under Dutch law with its principal place of business in the Netherlands;
- Bayer HealthCare US Funding LLC is a Delaware limited liability company, the members of which are Bayer AG, Bayer Pharma AG, and Bayer World Investments B.V; Bayer AG and Bayer Pharma AG are German Aktiengesellschafts, each with its principal place of business in Germany;
- Dr. Scholl's LLC, Coppertone LLC, and MiraLAX LLC are Delaware limited liability companies, each of whose sole member is Bayer HealthCare US Funding LLC.

Accordingly, none of these entities is incorporated in California, has a principal place of business in California, or has any member that is incorporated in or has a principal place of business in California.

7. Bayer Essure Inc. was incorporated in the State of Delaware on September 18, 1992, under the name Conceptus, Inc. Bayer West Coast Corporation was incorporated in the State of Delaware on November 30, 2011. To this day, both entities have been and remain Delaware corporations.

8. On July 1, 2015, Bayer Essure Inc. and Bayer West Coast Corporation contributed assets to Bayer HealthCare LLC in exchange for Common membership units of Bayer HealthCare LLC. Thus, as of that date, Bayer Essure Inc. and Bayer West Coast Corporation became members of Bayer HealthCare LLC.

9. Bayer Essure Inc. and Bayer West Coast Corporation each had previously maintained a principal place of business in California but no longer does so. Bayer Essure Inc. most recently occupied premises located at 1011 McCarthy Boulevard, Milpitas, California 95035, and Bayer West Coast Corporation most recently occupied premises located at 800 Dwight Way, Berkeley, California 94710. Each vacated its physical premises on or before December 31, 2015.

10. On April 21, 2016, by unanimous written consent in lieu of a meeting, Bayer Essure Inc.'s Board of Directors resolved that, effective April 21, 2016, the principal place of business for Bayer Essure Inc. would be at 100 Bayer Boulevard, Whippany, New Jersey. That same day, Bayer West Coast Corporation's Board of Directors resolved by unanimous written consent in lieu of a meeting that, effective April 21, 2016, Bayer West Coast Corporation's principal place of business would be at 100 Bayer Boulevard, Whippany, New Jersey. Moreover:

- Since October 1, 2013, no director of Bayer Essure Inc. or Bayer West Coast Corporation, had, or has, an office in California. Their respective offices were and are located at 100 Bayer Boulevard, Whippany, New Jersey, or 100 Bayer Road, Pittsburgh, Pennsylvania.
- Since December 31, 2015, seven of the eight officers of Bayer Essure Inc. were and are located at 100 Bayer Boulevard, Whippany, New Jersey or 100 Bayer Road, Pittsburgh, Pennsylvania. The only officer of Bayer Essure who was located in California was the Assistant Secretary. Consistent with the role of an Assistant Secretary, that officer did not direct, control, or coordinate the operating activities of Bayer Essure Inc. Moreover, that individual had little to no involvement in Bayer Essure Inc.'s affairs during 2016, and, by letter dated May 23, 2016, formally tendered his resignation from his position at Bayer Essure Inc. Since that time, no Bayer Essure Inc. officer has been located in California.
- Likewise, since December 31, 2015, six of the seven officers of Bayer West Coast Corporation were and are located at 100 Bayer Boulevard, Whippany, New Jersey or 100 Bayer Road, Pittsburgh, Pennsylvania. The only officer who was located in California was the Secretary. Although he held the minutes of Bayer West Coast

Corporation, that officer—consistent with the role of Secretary—did not direct, control, or coordinate the operating activities of Bayer West Coast Corporation at any time during 2016. Moreover, he had little to no involvement in Bayer West Coast Corporation's affairs during 2016, and, by letter dated May 23, 2016, formally tendered his resignation from his position with Bayer West Coast Corporation. Since that time, no Bayer West Coast Corporation officer has been located in California.

- Since January 1, 2016, neither Bayer Essure Inc. nor Bayer West Coast Corporation has conducted or conducts any active trade or business from locations in California. No later than April 21, 2016, and at all times thereafter, Bayer Essure Inc. did not and does not own, lease, or sublease the premises at 1011 McCarthy Boulevard, Milpitas, California, or any other physical premises in California. Likewise, no later than April 21, 2016 and at all times thereafter, Bayer West Coast Corporation did not and does not own, lease, or sublease the premises at 800 Dwight Way, Berkeley, California, or any other physical premises in California.

- On April 21, 2016, and at all times thereafter, the principal asset of Bayer Essure Inc. and Bayer West Coast Corporation has been and is each entity's respective membership interest in Bayer HealthCare LLC. In regards to that membership, each of Bayer Essure Inc. and Bayer West Coast Corporation may give or withhold approval of certain Bayer HealthCare LLC decisions requested from time to time of members of Bayer HealthCare LLC. Indeed, the principal activity of Bayer Essure Inc. and Bayer West Coast Corporation on and after April 21, 2016, was and is to hold and vote their respective membership interests in Bayer HealthCare LLC. The individuals at Bayer Essure Inc. and Bayer West Coast Corporation responsible for giving or withholding approval of Bayer HealthCare LLC decisions were and are located in New Jersey and Pennsylvania.

11. The minutes of Bayer Essure Inc. have been located in Whippany, New Jersey since 2013. The minutes of Bayer West Coast Corporation have been located in Whippany, New Jersey since May 26, 2016. Other records of Bayer Essure Inc. and Bayer West Coast

Corporation—including accounting, treasury, and tax records—are located primarily in Whippany, New Jersey and Pittsburgh, Pennsylvania, and have been so located at all times since April 21, 2016.

12. Bayer Essure Inc. and Bayer West Coast Corporation decided to formally change their respective principal places of business effective on April 21, 2016, in order to more accurately reflect that the directors and officers responsible for directing, controlling, and coordinating each entity's operations are located in New Jersey where Bayer HealthCare LLC has its principal place of business.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on August 25, 2017.

_____
Keith R. Abrams